# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:06CV229-1-MU

|  |  |
|---|---|
| STANLEY EARL CORBETT, Jr., )<br>)<br>Plaintiff, )<br>Vs. )<br>)<br>OFFICER STAPLES, <u>et al.</u>, )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER** comes before the Court for initial review upon Plaintiff's Complaint pursuant to 42 U.S.C. § 1983, filed August 2, 2006.

After a careful review of the record, the Court finds that the Defendants should file an answer detailing Plaintiff's allegations and responding to each.

**IT IS, THEREFORE, ORDERED** that the Clerk shall issue summons and deliver it forthwith to the U.S. Marshal who will make service of process without additional cost.

Signed: August 7, 2006

Graham C. Mullen
United States District Judge