IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:06CV229-1-MU

| | |
|---|---|
| STANLEY EARL CORBETT, Jr., | ) |
| Plaintiff, | ) |
| Vs. | ) ORDER |
| OFFICER STAPLES, et al., | ) |
| Defendants. | ) |

**THIS MATTER** comes before the Court for initial review upon Plaintiff's Complaint pursuant to 42 U.S.C. § 1983, filed August 2, 2006.

After a careful review of the record, the Court finds that the Defendants should file an answer detailing Plaintiff's allegations and responding to each.

**IT IS, THEREFORE, ORDERED** that the Clerk shall issue summons and deliver it forthwith to the U.S. Marshal who will make service of process without additional cost.

Signed: August 7, 2006

Graham C. Mullen
United States District Judge