IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:06CV229-1-MU

STANLEY EARL CORBETT, Jr.       )
                                )
        Plaintiff,              )
                                )
        v.                      )       **O R D E R**
                                )
OFFICER STAPLETON, et al.,      )
                                )
        Defendants.             )
_____)

**THIS MATTER** comes before the Court upon its own motion.

Plaintiff filed a Complaint on August 2, 2006. Defendants have filed an Answer to Plaintiff's Complaint. If either party wishes to file a dispositive motion it must be filed with this Court within sixty days of the filing of this Order.

**THEREFORE, IT IS HEREBY ORDERED** that all dispositive motions must be filed with the Court within sixty days of the filing of this Order.

Signed: October 11, 2006

Graham C. Mullen
United States District Judge