IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:06CV229-1-MU

STANLEY EARL CORBETT, Jr.,       )
                                 )
        Plaintiff,               )
                                 )
        v.                       )       **O R D E R**
                                 )
STAPLETON, et al.,               )
                                 )
        Defendants.              )
_____)

**THIS MATTER** comes before the Court upon Plaintiff's Motion for Entry of Default, filed October 13, 2006.

Plaintiff requests that this Court enter a default judgment against Defendants because they have not timely answered his Complaint. A review of the docket sheet indicates that on August 22, 2006, Defendants requested an extension of time to respond to Plaintiff's Complaint. On August 25, 2006, this Court granted Defendants' request. On October 10, 2006, Defendants timely filed an Answer to Plaintiff's Complaint.

**IT IS THEREFORE ORDERED THAT** Plaintiff's Motion for Entry of Default is **DENIED.**

Signed: October 16, 2006

Graham C. Mullen
United States District Judge