# United States District Court
# For The Western District of North Carolina
# Asheville Division

STANLEY CORBETT, JR.,

    Plaintiff(s),

vs.

OFFICER STAPLETON, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

1:06cv229-01-MU

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 21, 2007 Order.

February 21, 2007

FRANK G. JOHNS, CLERK

BY: s/Elizabeth J. Barton

Elizabeth J. Barton, Deputy Clerk